995 So.2d 1107 (2008)
John D. COGBILL, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D08-5240.
District Court of Appeal of Florida, First District.
November 26, 2008.
John D. Cogbill, pro se, Petitioner.
Bill McCollum, Attorney General, Tallahassee, for Respondent.
Prior report: 905 So.2d 893.
PER CURIAM.
DENIED. See Waterhouse v. State, 792 So.2d 1176, 1193 (Fla.2001) (stating that "this court has repeatedly held that ineffective assistance of postconviction counsel is not a cognizable claim"); Martinez v. State, 33 Fla. L. Weekly D2519, ___ So.2d ___, 2008 WL 4682356 (Fla. 1st DCA Oct.24, 2008).
LEWIS and THOMAS, JJ., and LAWRENCE, JR., L. ARTHUR, Senior Judge, concur.